UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

MARIDOL MENDONES,

Plaintiff,

v.

GLEN OAKS LLC, et al.,

Defendants.

Case No. 26-cv-05049-JST

**ORDER ADOPTING REPORT AND RECOMMENDATION AND SCREENING AND DISMISSING COMPLAINT**

Re: ECF No. 7

The Court has reviewed Magistrate Judge Sallie Kim's report and recommendation, ECF No. 7, to screen and dismiss the complaint as barred by the doctrine of res judicata. Plaintiff was served with the report and recommendation on July 2, 2026 via first-class mail. ECF No. 7. The 14-day period for objections has elapsed, and no objections have been filed. *See* Fed. R. Civ. P. 72(b)(2). The Court finds the report to be correct, well-reasoned, and thorough, and adopts it in every respect. The complaint is dismissed with prejudice. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: July 27, 2026

JON S. TIGAR
United States District Judge